UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DAWN RUSSELL-ZABAD, | ) | |
| Petitioner, | ) | Civil No. 3:14-42-GFVT |
| v. | ) | |
| JANET CONOVER, WARDEN, | ) | **JUDGMENT** |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the petition filed pursuant to 28 U.S.C. § 2241 by Dawn Russell-Zabad against Warden Janet Conover [R. 1] is **DENIED**, and judgment is **ENTERED** in favor of the respondent.

Entered: May 21, 2014.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge